UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

FILE NO. 5:20-CR-00388-D-9

| UNITED STATES | ) | |
|---|---|---|
| | ) | |
| VS. | ) | ORDER |
| | ) | |
| DAVID EARL SEAWELL, JR. | ) | |

THIS MATTER COMING before the Court on the Defendant's motion to seal his motion to continue, the Court finds that good cause exists to allow the motion, and therefore, the Defendant's motion is ALLOWED.

SO ORDERED.

This **10** day of November, 2021.

_____
JAMES C. DEVER III
UNITED STATES DISTRICT JUDGE